Marc T. Steadman (#011732)
CITY OF MESA ATTORNEY'S OFFICE
MS-1077
P.O. Box 1466
Mesa, Arizona  85211-1466
Telephone:  (480) 644-2343
mesacityattorney@mesaaz.gov

Attorneys for Defendants Officer S. Tobin and Officer K. Bailey

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arthur Velasquez, | Case No. |
| Plaintiff, | |
| vs. | **DEFENDANTS OFFICER S. TOBIN AND OFFICER K. BAILEY'S NOTICE OF REMOVAL** |
| Officer S. Tobin, #20035; Officer K. Bailey, Badge #20540; and John and Jane Does I-X, | |
| Defendants. | (Maricopa County Superior Court No. CV2016-095021) |

**TO:    THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA:**

Please take notice that Defendants Officer Sean Tobin and Officer Kevin Bailey ("Petitioners") hereby remove to this Court the state court action described below pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441.

1.     Petitioners are Defendants in the civil action commenced and now pending in the Superior Court of Maricopa County, Arizona, entitled *Arthur Velasquez v. Officer S. Tobin, et al.*, Cause No. CV2016-095021.  A copy of the Amended Complaint is attached as Exhibit A and incorporated by this reference; copies of the Summonses and the Certificate of Compulsory Arbitration are attached as Exhibit B.

2.     Petitioners Officers Sean Tobin and Kevin Bailey accepted service of the Summons and Amended Complaint on November 14, 2016.

3.      All the Defendants who have been served consent to this removal.

4.      This is a civil action in which Plaintiff alleges a claim for a violation of his Civil Rights under 42 U.S.C. § 1983.  [Exhibit A at ¶¶ 13 and 14]

5.      This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 1983.

6.      This Notice of Removal is timely.

7.      A copy of this Notice is filed concurrently with the Clerk of the Maricopa County Superior Court.

8.      Defendants have served upon counsel for Plaintiff a copy of this Notice.

Respectfully submitted this 5th day of December, 2016.


                                                  /s/Marc T. Steadman
                                                  Marc T. Steadman
                                                  Attorneys for Defendants


Foregoing electronically transmitted this
5th day of December, 2016, with the Clerk
of the District Court using the CM/ECF
System for filing and transmittal of a
Notice of Electronic Filing to the
following registrants:

J. Scott Halverson
Law Offices of J. Scott Halverson, PC
1761 E. McNair Dr., Suite 103
Tempe, AZ  85283
Attorney for Plaintiff


 /s/Mirna Nemr

- 2 -